

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

04-20-00404-CV

**IN RE** Aaron Michael **COOK**

Original Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: August 19, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On August 12, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019EM501414, styled *In the Interest of B.M.C., a Child*, pending in the 438th Judicial District Court, Bexar County, Texas. The Honorable Norma Gonzales signed the order at issue in this original proceeding.